**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LESHAWN YOUNG,

                    Plaintiff,

      -against-

AMERICA ULIKE INTERNATIONAL INC.,

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-754 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Because the parties have reached a tentative settlement, Dkt. No. 13, the initial case management conference scheduled for June 18, 2025 is *adjourned sine die*.

SO ORDERED.

DATED:    New York, New York
               June 17, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge