UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA ULIKE INTERNATIONAL INC.,<br><br>Defendant. | Case No.: 1:25-cv- 754<br><br>**STIPULATION OF DISMISSAL** |

**WHEREAS** the Court entered a Consent Decree on July 11, 2025 (Dkt. No. 18) which adjudicated, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations of the Complaint;

**WHEREAS** the Court directed the Parties to dismiss the matter in light of the Consent Decree (Dkt. No. 17);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON**, by and among Plaintiff Leshawn Young ("Plaintiff") and Defendant America Ulike International Inc. ("Defendant"), as follows:

1. All claims in this matter are hereby dismissed with prejudice with each party bearing their own costs, expenses, and attorney's fees.

2. The Court shall retain jurisdiction to enforce the terms of the Consent Decree, consistent with its terms.

3. This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation.

1

4. This stipulation may be filed with the Court by any Party without further notice.

PLAINTIFF'S COUNSEL

By: ___/s/ Jeffrey M. Gottlieb___

Jeffrey M. Gottlieb, Esq. (JG-7905)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003
Email: Jeffrey@Gottlieb.legal
Phone: (212) 228-9795
Fax: (212) 982-6284

Date: August 4, 2025

DEFENDANT'S COUNSEL

By: ___/s/ Christopher J. Kelly___

Christopher J. Kelly (CK-1197)
Rimôn, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Email:Christopher.Kelly@rimonlaw.com
Telephone: 609-299-1877
Fax: 609-299-1877

Date: August 4, 2025

SO ORDERED:

Hon. Vernon S. Broderick
United States District Judge

Date: ___August 6, 2025___
New York, NY

2